UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETTY JO MCCRORIE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-4352 |
| | § | |
| DAVOL, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

It is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

It is further ordered that this case is administratively closed pending transfer to the District of Rhode Island.

SIGNED and ENTERED this 31st day of January, 2008.

Kenneth M. Hoyt
United States District Judge